**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WALTER L. GARLAND a/k/a**
**HANK "SUGARFOOT" GARLAND,**

      Plaintiff,

v.                                No**: 3:03-cv-0649-J-16MMH**

**WARNER/CHAPPELL MUSIC, INC.,**

      Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Defendant Warner/Chappell Music, Inc.'s Motion to Dismiss Pursuant to Rule 25(a)(1) and Incorporated Memorandum of Law (Doc. #42) filed April 5, 2005. After a review of the record, a Suggestion of Death was filed by the Defendant on January 3, 2005 (Dkt #36), a copy of which was served by first class mail upon Robert Garland. There has been no response to Defendant's Motion to Dismiss nor has there been any Motion by Mr. Garland for substitution of party. The required period of ninety (90) days has passed. Accordingly, it is:

**ORDERED AND ADJUDGED:**

That this motion is **GRANTED** and the above-styled cause is hereby **DISMISSED WITH PREJUDICE**. The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this __26__ day of April, 2005.

                                                     _/s/ John H. Moore II_
                                                     JOHN H. MOORE II
                                                     United States District Judge

Copies to:
    Counsel of Record
    Pro Se Litigants