## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**WALTER L. GARLAND a/k/a**
**HANK "SUGARFOOT" GARLAND,**

    Plaintiff,

    v.                                          No**: 3:03-cv-0649-J-16MMH**

**WARNER/CHAPPELL MUSIC, INC.,**

    Defendant.
_____/

## ORDER

This cause is before the Court upon the Defendant Warner/Chappell Music, Inc.'s Motion for Entry of Final Judgment (Doc. #44) filed May 6, 2005. This Court entered an Order granting Defendant's Motion to Dismiss on April 26, 2005 (Doc #43). Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the Motion is **GRANTED** and the Clerk is hereby directed to enter a final judgment in favor of the Defendant in this case.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 31st day of May, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:
    Counsel of Record
    Pro Se Litigants